**Form B18** (Official Form 18)(10/05)

# United States Bankruptcy Court
Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

**Case Number**   05−14527−SSM
**Chapter**   7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

George David Lee
201−4 Valley View Ave S.W.
#56
Leesburg, VA 20175

Social Security No.:
   Debtor: xxx−xx−7815

Employer's Tax I.D. No.:
   Debtor:  NA

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated:  January 27, 2006               William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0422-9        User: admin              Page 1 of 1              Date Rcvd: Jan 30, 2006
Case: 05-14527              Form ID: B18             Total Served: 18
```

The following entities were served by first class mail on Feb 01, 2006.
```
db         +George David Lee,    201-4 Valley View Ave S.W.,    #56,    Leesburg, VA 20175-2600
aty        +Daniel Lee Grubb,    Dunlap, Grubb, Weaver & Whitbeck P.C.,   199 Liberty St. S.W.,
             Leesburg, VA 20175-2715
aty        +Jacob Christian Zweig,    Husch & Eppenberger, LLC,    200 Jefferson Avenue, Ste. 1450,
             Memphis, TN 38103-8335
tr         +Robert Ogden Tyler,    Tyler, Bartl, Gorman & Ramsdell, P.L.C.,
             700 South Washington Street, Suite 216,    Alexandria, VA 22314-4287
7208021    +Bp/Citi,    Po Box 6003,    Hagerstown, MD 21747-6003
7208022    +Cbusasears,    Po Box 6189,    Sioux Falls, SD 57117-6189
7208023    +Chrysler Finance,    PO Box 1728,    Newark, NJ 07101-1728
7208024    +Citgo/Citi,    Po Box 6003,    Hagerstown, MD 21747-6003
7208026    +Gemb/Suzuki Northeast,    Po Box 276,    Dayton, OH 45401-0276
7208027    +Northwest Fcu,    Po Box 1229,    Herndon, VA 20172-1229
7208028    +Northwest Federal Credit Union,    200 Spring Street,    Herndon, VA 20170-5241
7208029    +Northwest Federal Cu,    200 Springs St,    Herndon, VA 20170-5241
7208030    +Paige Brooke Townhomes,    201-4 Valley View Ave #52,    Leesburg, VA 20175-2600
7208031    +Shell/Citi,    Po Box 6003,    Hagerstown, MD 21747-6003
7208020    +United States Trustee, EDVA,    115 S. Union St,    Suite 210,    Alexandria, VA 22314-3361
7208032    +Us Bank/Na Nd,    4325 17th Ave S,    Fargo, ND 58125-6200
7208033    +Verizon Virginia Inc,    Po Box 165018,    Columbus, OH 43216-5018
```
The following entities were served by electronic transmission on Jan 31, 2006 and receipt of the transmission
was confirmed on:
```
tr         +EDI: QROTYLER.COM Jan 31 2006 00:40:00      Robert Ogden Tyler,
             Tyler, Bartl, Gorman & Ramsdell, P.L.C.,   700 South Washington Street, Suite 216,
             Alexandria, VA 22314-4287
7208022    +EDI: SEARS.COM Jan 31 2006 00:41:00      Cbusasears,    Po Box 6189,    Sioux Falls, SD 57117-6189
7208025    +EDI: DISCOVER.COM Jan 31 2006 00:40:00      Discover Financial Svc,    Po Box 15316,
             Wilmington, DE 19850-5316
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          DaimlerChrysler Services North America L.L.C.
                                                                                              TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 01, 2006**                    Signature:   *Joseph Speetjens*